**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**KENNETH BUSH**                                                                                               **PLAINTIFF**
**ADC #088682**

**v.**                          **CASE NO. 2:16-CV-00160 BSM**

**RODERICK D. DAVIS, et al.**                                            **DEFENDANTS**

**ORDER**

The partial recommended disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 4] and plaintiff Kenneth Bush's objections [Doc. No. 6] have been reviewed. After reviewing the record, the PRD is adopted.

Accordingly, Bush's claims against defendant Wendy Kelley are dismissed without prejudice, but he may proceed with his inadequate medical care claim against the remaining defendants. Bush's motion for an extension of time to file objections [Doc. No. 5] is granted, and his objections [Doc. No. 6] have been reviewed as being timely filed. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 24th day of January 2017.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE