IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| **KENNETH BUSH** <br> **ADC #088682** | **PLAINTIFF** |
| v.      CASE NO. 2:16-CV-00160 BSM | |
| **RODERICK D. DAVIS,** <br> **Health Services Administrator,** <br> **East Arkansas Regional Unit, ADC, et al.** | **DEFENDANTS** |

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 29] and plaintiff Kenneth Bush's objections [Doc. No. 31] have been reviewed. After reviewing the record, the RD is adopted.

Accordingly, defendant Roderick Davis's motion to dismiss [Doc. No. 18] is granted, and Bush's claims against Davis are dismissed without prejudice. An appeal from this order would not be in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 27th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE