IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENNETH BUSH** **PLAINTIFF**
ADC #088682

v.            CASE NO. 2:16-CV-00160 BSM

**RORY L. GRIFFIN,**
Deputy Director,
Health and Correctional Programs, ADC, et al.     **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 36] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, defendant Rory Griffin's motion for summary judgment [Doc. No. 26] is granted, and plaintiff Kenneth Bush's claims against Griffin and defendants Samantha Treadway and Tony Tucker are dismissed without prejudice. Bush's motion for service on Treadway [Doc. No. 35] is denied as moot.

An appeal from this order would not be in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 19th day of June 2017.

                                               _____
                                               UNITED STATES DISTRICT JUDGE